# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**DEWAYNE ORR**                                                                   **PLAINTIFF**

**VS.**                                **CIVIL ACTION NO.: 4:13-cv-135-NBB-JMV**

**LT. ROBERT STURDIVANT, ET AL.**                          **DEFENDANTS**

## ORDER STAYING CERTAIN PROCEEDINGS

Local Uniform Civil Rule 16(b)(3)(B) provides that "[f]iling…an immunity defense … motion stays the attorney conference and disclosure requirements and all discovery not related to the issue pending the court's ruling on the motion, including any appeal." Because the defendants have raised the issue of qualified immunity by separate motion [27], staying certain proceedings is appropriate.

**IT IS, THEREFORE, ORDERED** that the aforementioned proceedings are hereby **STAYED** pending a ruling on the immunity motion. Defendants shall notify the undersigned magistrate judge within seven (7) days of a decision on the immunity defense motion and shall submit a proposed order lifting the stay.

**SO ORDERED** this, the 28$^h$ day of March, 2014.

                                                          /s/ Jane M. Virden
                                                         **UNITED STATES MAGISTRATE JUDGE**