# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**DEWAYNE ORR**                                                              **PLAINTIFF**

**VS.**                                              **CAUSE NO. 4:13-cv-00135-JMV**

**MISSISSIPPI DEPARTMENT OF CORRECTIONS, et al.**         **DEFENDANTS**

## AGREED ORDER

This matter is before the court on Defendants Faye Noel, Reginald Stewart, Darlester Foster, Marshal Turner, and Earnest Lee's Motion for Summary Judgment [61]. With the court having entered its Order [55] on October 18, 2014, dismissing all claims made against these Defendants in their official capacities and with Plaintiff confessing the Motion for Summary Judgment as to all remaining claims against these Defendants, the court has considered the motion and finds it is well taken. Defendants Faye Noel, Reginald Stewart, Darlester Foster, Marshal Turner, and Earnest Lee's Motion for Summary Judgment is hereby **GRANTED**, and they are **DISMISSED** from this action.

    **SO ORDERED** on this, the 6th day of May, 2015.

                                              /s/ Jane M. Virden
                                              **JANE M. VIRDEN**
                                              **UNITED STATES MAGISTRATE JUDGE**

**AGREED:**

/s/S. Todd Jeffreys
**S. TODD JEFFREYS, MSB No. 100042,**
**Attorney for Plaintiff, Dewayne Orr**


/s/Benny M. May
**Attorney for Defendants, Faye Noel,**
**Reginald Stewart, Darlester Foster,**
**Marshal Turner and Earnest Lee**