# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**DEWAYNE ORR**                                                                                       **PLAINTIFF**

**VS.**                                             **CAUSE NO. 4:13-cv-00135-JMV**

**MISSISSIPPI DEPARTMENT OF CORRECTIONS, et al.**           **DEFENDANTS**

## AGREED ORDER

This matter is before the court on Defendant Kisha Davis's Motion for Summary Judgment [63]. With the court having entered its Order [55] on October 18, 2014, dismissing all claims made against this Defendant in her official capacity and with Plaintiff confessing the Motion for Summary Judgment as to all remaining claims against this Defendant, the court has considered the motion and finds it is well taken. Defendant Kisha Davis's Motion for Summary Judgment is hereby **GRANTED**, and she is **DISMISSED** from this action.

**SO ORDERED** on this, the 6th day of May, 2015.

                                                      /s/ Jane M. Virden
                                                    **JANE M. VIRDEN**
                                                    **UNITED STATES MAGISTRATE JUDGE**

**AGREED:**


/s/S. Todd Jeffreys
**S. TODD JEFFREYS, MSB No. 100042,**
**Attorney for Plaintiff, Dewayne Orr**


/s/Benny M. May
**BENNY M. MAY, MSB No. 100108,**
**Attorney for Defendant, Kisha Davis**